In the Matter of the Estate of GRACE DANIELSON, an Incompetent Person.

CHARLES J. DODD, JR., as Committee, Appellant; DONATO ZAPPA, Respondent.

Submitted May 20, 1940; decided May 28, 1940.

*Charles Maiorana* for motion.

*Lyman Sessen* opposed.

Motion denied, with ten dollars costs payable out of the estate.